*Martin E. Burke, Anthony J. Ernest* and *Henry A. Robinson* for appellant.

*G. Washbourne Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE MERRITT & CHAPMAN DERRICK AND WRECKING COMPANY, Respondent, *v.* WALTER J. TICE et al., Appellants.

*Merritt & Chapman D. & W. Co.* v. *Tice,* 118 App. Div. 123, affirmed. (Argued April 16, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for services in getting a barge off shore.

*Austen G. Fox* and *James K. Symmers* for appellants.

*Alexander S. Bacon* and *Avery F. Cushman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.